**FIXTURES.**

[Circuit Court of Hamilton County.

GEORGE W. C. JOHNSTON v. SAMUEL WOODING.

Decided, December 23, 1902.

*Fixtures—Uncertainty  Regarding,  to  be  Resolved  in  Favor  of  the
Landlord, When.*

Doubt as to whether certain articles are fixtures is resolved in favor of
the landlord, where the articles are not removed within the term
of the tenancy or within a reasonable period thereafter.

The plaintiff leased to R. M. Quigley & Co. certain real
estate near the new Cincinnati water-works for a period of two
years.   Without plaintiff's consent, Quigley & Co. constructed
upon the premises a six-inch driven well, of the depth of 150
feet, fitted with casings, tubes, pipes and a force pump, which
was operated by a vertical boiler resting upon stones which lay
over the surface of the ground, all for the purpose of forcing
water from the well through iron pipes diagonally across the
premises, a distance of 1,200 feet.   A building standing on
posts and of small value, was erected over the boiler for pro-
tection.   Quigley & Co. gave a chattel mortgage on all their
property situated on the premises, which was foreclosed, and
the pump, boiler, casing, pipes, etc., were sold without notice
to the lessor.   Subsequently the lessor released the premises to
a third party, and thereafter the defendant attempted to re-
move the pump, boiler, etc., when the present suit was brought
to enjoin such removal.   In the common pleas a perpetual in-
junction was granted.

PER CURIAM.

Whatever of doubt there may be as to the nature of things
in dispute herein, whether or not they are fixtures, is resolved
in favor of the landlord by reason of the fact that they were not
removed during the term of tenancy or within a reasonable time
thereafter.

Decree for plaintiff.

*D. H Pottenger* and *A. C. Shattuck,* for plaintiff.

*H. J. Appling,* contra.